COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Appellate case name:  L.F. v. Department of Family and Protective Services

Appellate case number:  01-10-01149-CV

Trial court case number:     0853865

Trial court: 311th District Court of Harris County

This Court ORDERS that the Clerk of the Court withdraw the mandate issued on July 31, 2012.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
          ☑Acting individually    ☐ Acting for the Court

Date: August 24, 2012